UNIVERSITY OF ILLINOIS, No. 605—

*Opinion submitted March 14, 1934.*

By THE COURT.

Because the business of the University of Illinois is not that of maintaining and operating buildings, it seems that the service of a brick-layer regularly employed in the maintenance and repair of brick work in the buildings on the University is not within Sub-sections 1 or 2 of Section 3 of the Workmen's Compensation Act. The case of *Therien* vs. *Industrial Commission*, 351, Ill. 166, seems directly in point. No award is recommended.